JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROBERT SMITH, | Case No. EDCV 17-1594-JFW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| PATTON STATE HOSPITAL, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: November 27, 2017

_____
HONORABLE JOHN F. WALTER
United States District Judge